# IN THE SUPREME COURT OF THE STATE OF NEVADA

ERVIN MIDDLETON,
Appellant,
vs.
MERCHANTS BONDING COMPANY,
Respondent.

No. 72509

FILED

MAR 27 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK



## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a minute order entered on the "25th day of January 2016 [sic]."[1] Eighth Judicial District Court, Clark County; Rob Bare, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals two jurisdictional defects. First, the notice of appeal appears to be untimely filed under NRAP 4(a) because it appears that it was prematurely filed, before the entry of a final written judgment, and is therefore of no effect. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987). A district court's minute order is ineffective for any purpose and cannot be appealed, and a written order or judgment must be filed before a district court ruling can be appealed. *Rust*, at 689, 747 P.2d at 1382.

---

[1]It appears the reference in the notice of appeal to the year 2016 is a typographical error; the district court minutes do not include any order entered January 25, 2016, but do include an order granting respondent's motion for summary judgment and denying appellant's countermotion for summary judgment on January 25, 2017.

17-10014

Finally, it appears that the grant of summary judgment on January 25, 2017, does not finally resolve all claims of all parties in the action. *See Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000); *KDI Sylvan Pools v. Workman*, 107 Nev. 340, 810 P.2d 1217 (1991); *Rae v. All American Life & Cas. Co.*, 95 Nev. 920, 605 P.2d 196 (1979). Claims by and against additional parties remain pending below, and a trial date has been set for July 31, 2017. Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:     Hon. Rob Bare, District Judge
        Ervin Middleton
        The Faux Law Group
        Eighth District Court Clerk